**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2218

MESFIN BEZU,

                              Plaintiff - Appellant,

        versus

RADIO SHACK CORPORATION,

                              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, District Judge.  (CA-02-1846-A)

Submitted:  August 26, 2004        Decided:  September 1, 2004

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mesfin Bezu, Appellant Pro Se.  Teresa Burke Wright, JACKSON LEWIS, LLP, Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mesfin Bezu appeals the district court's order granting summary judgment in favor of his former employer in this action under the Americans with Disabilities Act. We have reviewed the record, including the transcript of the hearing on the motion for summary judgment, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the hearing. See Bezu v. Radio Shack Corp., No. CA-02-1846-A (E.D. Va. filed Aug. 1, 2003 & entered Aug. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED